**No. 10-6373. Josue Osmaro Garcia-Ochoa, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7886.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 607 F.3d 371.

**No. 10-6375. Lorenzo Stephens, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7910.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 282.

**No. 10-6379. John Kemp MacInnis, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7889.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 607 F.3d 539.

**No. 10-6380. Juan Mancha-Perez, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7856.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 455.

**No. 10-6383. Jayrece Elaine Turnbull, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 495, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7879.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 322.

**No. 10-6384. Jeffrey Welker, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 495, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7912.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 382 Fed. Appx. 534.

**No. 10-6387. David Xinidakis, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 495, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7875.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 1213 and 374 Fed. Appx. 726.

**No. 10-6394. Bienvenido Ramirez-Leonardo, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 495, 178 L. Ed. 2d 313, 2010 U.S. LEXIS 7864.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 362.